UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Lazaro Garcia__   JOINT DEBTOR: _____   CASE NO.: 11-24597 BKC RAM
Last Four Digits of SS# __9455__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A. $ __1532.43__ for months __1__ to __60__;
    B. $_____ for months ____ to ____;
    C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $4000.00 TOTAL PAID $3000.00 Balance Due $1000.00 payable $250.00/month (Months 1 to 4)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| IBM Lender Business Process Service / Citimortgage / Mortgage America Associates, Inc. | Debtor's non-homestead at 9367 Fontainebleau Blvd % G-102, Miami, FL 33172<br><br>Value of Property: $ 68,490.00<br><br>Value of Mortgagee's Interest in the Property: $ 68,490.00 | 5.25 % | $1067.02<br><br>$ 1317.02 | 1 To 4<br><br>5 To 60 | $ 78,021.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507] N/A

Unsecured Creditors: Pay $ 62.17/ month (Months 1 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:. Payments to Bank of America and Miami Dade County Tax Collector for the homestead property are current and will continue to be made directly and outside the plan. Debtor is current in his payments to Ford Motor Credit for the 2006 Ford Explorer and will continue to make payments directly and outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ [signature]_
Debtor
Date: __6/1/11__

Joint Debtor
Date: _____